1 SUE FAHAMI
Acting United States Attorney
2 Nevada Bar No. 5634
MISTY L. DANTE
3 Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
4 Las Vegas, Nevada 89101
(702) 388-6336
5 Misty.Dante@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>519803.53164 USDT and 1135.508 XMR that are associated with transaction hashes 0x1ac48e72bb2fd83ad60a0f3f0cea5036e3bdcfe593a4a9be53c12c44a6197421, 0xbc0e435002aba822c6355e4f7571fe9b0d822e17e448c7262b2c9114ec325228, and 0x3e989f0de45e39c89e86032acc59e33c5161d492dde3c7b09ea19408ba74c931 sent to Gate.io USDT address 0x6BC5C2661D75f0Ced80754D3C7bD651f1d60f736 and held in the name of Avalanche Bridge,<br><br>        Defendant. | 2:25-CV-534-JCM-BNW<br><br>**Order for Summons and Warrant of Arrest in Rem for the Property and Notice** |

   A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America under the Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G. The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the Clerk shall issue a Summons and Warrant of Arrest in Rem for the Property, under Fed. R. Civ. P. Supp. Rule G(3)(b).

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a Summons and Warrant of Arrest in Rem for the Property issue against the 519803.53164 USDT and 1135.508 XMR that are associated with transaction hashes

1  0x1ac48e72bb2fd83ad60a0f3f0cea5036e3bdcfe593a4a9be53c12c44a6197421,
2  0xbc0e435002aba822c6355e4f7571fe9b0d822e17e448c7262b2c9114ec325228, and
3  0x3e989f0de45e39c89e86032acc59e33c5161d492dde3c7b09ea19408ba74c931 sent to
4  Gate.io USDT address 0x6BC5C2661D75f0Ced80754D3C7bD651f1d60f736 and held in
5  the name of Avalanche Bridge in United States Currency (property).

6      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United
7  States seize, arrest, attach, take into custody, and retain the property;

8      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that notice of the
9  action and the arrest be given by the United States on the United States' official internet
10  forfeiture site, www.forfeiture.gov, for at least 30 consecutive days under Fed. R. Civ. P.
11  Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this
12  action;

13      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the
14  Complaint for Forfeiture In Rem, this Order, the Summons and Warrant of Arrest in Rem
15  for the Property, and the Notice of Complaint for Forfeiture and Arrest be personally
16  served or sent by certified mail, return receipt requested, and regular mail to any person
17  who reasonably appears to be a potential claimant on facts known to the United States
18  before the end of the 60 day publication period which is reasonably calculated to notify
19  potential claimants of this action;

20      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United
21  States shall file proof of publication and service with the Clerk of this Court;

22      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a person or
23  an entity who asserts an interest in the defendant property must, under Fed. R. Civ. P.
24  Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the
25  property, that (a) identifies the specific property claimed, (b) identifies the claimant and
26  states the claimant's interest in the property, and (c) is signed by the claimant under penalty
27  of perjury under 28 U.S.C. § 1746;
28  / / /

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim;

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on Misty L. Dante, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

      Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

      DATED March 31, 2025.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE